CLAYTON, COMMISSIONER OF REVENUE OF
NORTH CAROLINA *v.* UNITED STATES.

No. 893. Decided May 2, 1966.

*Thomas Wade Bruton,* Attorney General of North
Carolina, *Peyton B. Abbott,* Deputy Attorney General,
and *Charles D. Barham, Jr.,* Assistant Attorney General,
for appellant.

*Solicitor General Marshall, Acting Assistant Attorney
General Roberts, I. Henry Kutz* and *Robert A. Bernstein*
for the United States.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed for want of jurisdiction. *American Insurance
Co.* v. *Lucas,* 314 U. S. 575; *Public Service Comm'n* v.
*Brashear Lines,* 306 U. S. 204.